**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------X
JOSHUA GARCIA,

                Plaintiff,

-against-

NYC HEALTH & HOSPITALS CORPORATION
Doing business as NYC HEALTH + HOSPITALS,

                Defendants.
-----------------------------------------------------------------X

19 CIVIL 997 (PAE)

## JUDGMENT

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated December 17, 2019, H+H's motion to dismiss all of Garcia's federal claims, are granted, with prejudice; H+H's motion to dismiss Garcia's claims under the NYCHRL, are granted with prejudice, with the exception of his claims challenging H+H's failure to promote him and his claims arising out of incidents that occurred after he filed his SDHR complaint on January 4, 2018; as to these NYCHRL claims, the Court declines to exercise supplemental jurisdiction and therefore dismisses them without prejudice; accordingly, this case is closed.

**Dated:** New York, New York
December 18, 2019

                                                  RUBY J. KRAJICK
                                                  Clerk of Court

                                    BY:

                                                    Deputy Clerk

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON 12/18/2019